# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LILY CASSANDRA ALPHONSIS, Plaintiff, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., Defendants. | Case No. CV 17-04538-ODW (DFM) JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: April 1, 2019

_____
OTIS D. WRIGHT, II
United States District Judge

**JS-6**